RICHARD G. CARLSTON (Bar No. 88050)
KENNETH R. STYLES (Bar No. 157619)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Post Office Box 8177
Walnut Creek, California 94596
Telephone:    925.935.9400
Facsimile:     925.933.4126
e-mail: rgc@msrlegal.com; krs@msrlegal.com

Attorneys for Defendant
WAL-MART STORES, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEARS, ROEBUCK AND CO., a New York corporation,<br><br>            Plaintiff,<br><br>v.<br><br>SOUTH SAC, LLC, a California limited liability company; and WAL-MART STORES, INC., a Delaware corporation,<br><br>            Defendants. | No. 06CIV1065DFL KJM<br><br>STIPULATION EXTENDING TIME TO DISCLOSE EXPERTS |

Pursuant to Local Rules 83-143 and 6-144 of this Court, plaintiff Sears, Roebuck and Company ("Sears"), defendant South Sac, LLC ("South Sac), and defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by and through their respective attorneys of record, hereby stipulate to extend, for a period of thirty (30) days the following two discovery dates set forth in the court's "Status (Pre-trial Scheduling) Order" filed on February 9, 2007:

- Expert witness disclosures, from November 9, 2007 until ***December 10, 2007***.

- Supplemental expert witness disclosures, from November 23, 2007 until ***December 24, 2007***.

At this time, all other dates set forth in the court's "Status (Pre-trial Scheduling) Order" shall remain the same.

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties desire to avoid unnecessary litigation costs while they continue, in good faith, to resolve the issues between them.  The parties own real property in the retail shopping center commonly known as Florin Shopping Mall.  The settlement documentation includes complex land use and joint use issues that the parties need to document.  At this point in time, the parties believe that the settlement documentation will soon be completed, but request a short extension of time to avoid unnecessary litigation costs associated with the upcoming expert disclosures.

This Stipulation may be executed in counterpart.

Dated: _____, 2007    MILLER STARR REGALIA

By: _____
KENNETH R. STYLES
Attorneys for Defendant
WAL-MART STORES, INC., a
Delaware corporation

Dated: _____, 2007    KNOX, LEMMON, ANAPOLSKY, LLP

By: _____
ANGELA SCHRIMP de la VERGNE
Attorneys for Plaintiff
SEARS, ROEBUCK AND CO., a New York corporation

Dated: _____, 2007    McDONOUGH HOLLAND & ALLEN, PC

By: _____
MICHAEL T. FOGARTY
Attorneys for Defendant SOUTH SAC, LLC

IT IS SO ORDERED.

Dated:  _November 2, 2007    /s/ Ralph R. Beistline_____
_____
JUDGE OF THE U.S. DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com