1  RICHARD G. CARLSTON (Bar No. 88050)
   KENNETH R. STYLES (Bar No. 157619)
2  MILLER STARR REGALIA
   A Professional Law Corporation
3  1331 N. California Blvd., Fifth Floor
   Post Office Box 8177
4  Walnut Creek, California  94596
   Telephone:    925.935.9400
5  Facsimile:      925.933.4126
   e-mail:  rgc@msrlegal.com; krs@msrlegal.com
6
   Attorneys for Defendant
7  WAL-MART STORES, INC., a Delaware
   corporation
8
                      UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11
   | SEARS, ROEBUCK AND CO., a New York corporation, | No. 06CIV1065 RRB KJM |
   |---|---|
   | Plaintiff, | STIPULATION EXTENDING TIME TO DISCLOSE EXPERTS AND DISCOVERY CUT OFF |
   | v. | |
   | SOUTH SAC, LLC, a California limited liability company; and WAL-MART STORES, INC., a Delaware corporation, | |
   | Defendants. | |

19         Pursuant to Local Rules 83-143 and 6-144 of this Court, plaintiff Sears, Roebuck

20  and Company ("Sears"), defendant South Sac, LLC ("South Sac), and defendant Wal-Mart

21  Stores, Inc. ("Wal-Mart"), by and through their respective attorneys of record, hereby stipulate to

22  extend, for a period of thirty (30) days the following three discovery dates set forth in the court's

23  "Status (Pre-trial Scheduling) Order" filed on February 9, 2007.  The two dates for disclosure of

24  expert witnesses and supplemental expert witnesses were previously extended by stipulation and

25  order of this court.

26  • Expert witness disclosures, initially set for November 9, 2007, and extended by prior

27     stipulation until December 10, 2007, shall be extended to ***January 10, 2008***.

28

1
2
- Supplemental expert witness disclosures, initially set for November 23, 2007, extended by prior stipulation until December 24, 2007, shall be extended by ***January 24, 2008***.

3
4
- The date for completion of all discovery, initially set for January 18, 2008, shall be extended to ***February 18, 2008***.

At this time, all other dates set forth in the court's "Status (Pre-trial Scheduling) Order" shall remain the same.

The parties desire to avoid unnecessary litigation costs while they continue, in good faith, to resolve the issues between them.  The parties own real property in the retail shopping center commonly known as Florin Shopping Mall.  The settlement documentation includes complex land use and joint use issues that the parties need to document.  At this point in time, the parties believe that the settlement documentation will soon be completed, but request a short extension of time to avoid unnecessary litigation costs associated with the upcoming expert disclosures.

This Stipulation may be executed in counterpart.

Dated: _____, 2007                    MILLER STARR REGALIA

By: _____
KENNETH R. STYLES
Attorneys for Defendant
WAL-MART STORES, INC., a
Delaware corporation

| | | |
|---|---|---|
| 1 | Dated: _____, 2007 | KNOX, LEMMON, ANAPOLSKY, LLP |

Dated: _____, 2007                KNOX, LEMMON, ANAPOLSKY, LLP

By: _____
ANGELA SCHRIMP de la VERGNE
Attorneys for Plaintiff
SEARS, ROEBUCK AND CO., a New York corporation

Dated: _____, 2007                McDONOUGH HOLLAND & ALLEN, PC

By: _____
MICHAEL T. FOGARTY
Attorneys for Defendant SOUTH SAC, LLC

IT IS SO ORDERED.

Dated: 12/12/2007                /s/ Ralph R. Beistline
_____
JUDGE OF THE U.S. DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com